HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARKO HOFSCHNEIDER,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF VANCOUVER, EVERGREEN<br>SCHOOL DISTRICT,<br><br>                    Defendant. | CASE NO. 3:15-CV-05903-RBL<br><br>ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGEMENT |

THIS MATTER is before the Court on Defendants' Motions for Summary Judgment [Dkt. # 23, 25]. Both the City of Vancouver and the Evergreen School District seek an order dismissing Hofschnedier's remaining claims—all monetary—under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

Defendants argue Hofschnedier's ADA and §504 claims should be dismissed because (1) he was not denied a public benefit and, (2) even if he was denied such a benefit, it was not on the basis of his disability. Additionally, they argue that his compensatory damages claims cannot survive because he cannot show the deliberate indifference required by both the ADA and §504.

Hofschneider did not respond to the Defendants' motions.

1    The facts of this case have been thoroughly described in the Court's previous orders and

2  do not require repeating here. This Court will not construe Hofschneider's failure to respond as a

3  default admission that Defendants' motions have merit. *See* LCR 7(b); *Heinemann v. Satterberg***,**

4  731 F.3d 914 (9th Cir. 2013). However, the City and the District both properly challenged

5  Hofschneider's evidence supporting his ADA and §504 claims. This shifts the burden to

6  Hofschneider  to demonstrate a genuine issue of material fact. *Celotex Corp. v. Catrett*, 477 U.S.

7  317, 322 (1986).

8    Hofschneider failed to produce any evidence to support a jury's finding that the City or

9  the District acted with deliberate indifference or intentionally discriminated against him based on

10  his disability. Therefore, no genuine issue of material fact is present. The Defendants' motion for

11  summary judgment is GRANTED and Hofschneider's remaining claims are DISMISSED with

12  prejudice.

13    IT IS SO ORDERED.

14

15    Dated this 19th day of October, 2016.

16

17    Ronald B. Leighton

18    Ronald B. Leighton
     United States District Judge

19

20

21

22

23

24